IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEFTER & CARROLL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 4137 |
| ) | |
| MAGID ABRAHAM, both individually ) | |
| and as Co-Trustee of the Abraham Family ) | Judge John F. Grady |
| Trust, and LINDA BOLAND, both indi- ) | |
| vidually and as Co-Trustee of the Abraham ) | Magistrate Judge Martin C. Ashman |
| Family Trust, ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO F.R.CIV.P. 68

Plaintiff Hefter & Carroll, by its attorneys, Daniel S. Hefter and Martin B. Carroll, moves, pursuant to F.R.Civ P. 68, for entry of judgment. In support of its motion, plaintiff states as follows:

1. On September 12, 2007, the defendants served on the plaintiff an Offer of Judgment Pursuant to Rule 68, a true and correct copy of which is attached hereto as Exhibit 1.

2. On September 21, 2007, the defendants extended the time within which the plaintiff could accept the offer of judgment through the close of business on September 28, 2007. A true and correct copy of the e-mail from the defendants' counsel to the plaintiff's counsel extending the deadline for acceptance is attached hereto as Exhibit 2.

3. On September 28, 2007, the plaintiff accepted the defendants' offer of judgment. A true and correct copy of the plaintiff's acceptance is attached hereto as Exhibit 3.

4. The offer of judgment includes an offer to pay the plaintiff's reasonable attorneys' fees and costs as determined by the Court.

5. F. R. Civ. P. 68 provides, in pertinent part, that "either party may then file the offer and

notice of acceptance together with proof of service thereof and thereupon the clerk shall enter judgment."

WHEREFORE, plaintiff Hefter & Carroll prays for entry judgment pursuant to F.R.Civ.P. 68, for leave of Court to file a fee petition, and for the Court to set a schedule for deciding the amount of attorneys' fees and costs to be awarded to the plaintiff.

**HEFTER & CARROLL**

By     /s/ Daniel S. Hefter
          One of Its Attorneys

Daniel S. Hefter
Martin B. Carroll
**FOX, HEFTER, SWIBEL,
    LEVIN & CARROLL, LLP**
321 North Clark Street
Suite 3300
Chicago, IL 60610
(312) 224-1200

Dated:     October 10, 2007